IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-CV-00070-02-BCW |
| ) | |
| KENNETH BEALS, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Gaddy's Report and Recommendation (Doc. #57) denying Defendant Kenneth Beals, Jr.'s Motion to Suppress (Doc. #46). Defendant did not file objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Gaddy's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #57), Defendant's Motion Suppress (Doc. #46) is DENIED. It is further

ORDERED that Magistrate Judge Gaddy's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: February 8, 2022

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT